In the Matter of Israel FEIT, Bankrupt, Appellant. (Circuit Court of Appeals, Second Circuit. December 14, 1923.) No. 150. Appeal from the District Court of the United States for the Southern District of New York. Kopp, Markewich & Perlman, of New York City (L. H. Saper, of New York City, of counsel), for appellant. Jacobson & Pollock, of New York City (Alexander Aaronson and Henry W. Pollock, both of New York City, of counsel), for appellee. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed in open court.

---

FIRE ASSOCIATION OF PHILADELPHIA, Plaintiff in Error, v. Fred BAHR, Defendant in Error. (Circuit Court of Appeals, Second Circuit. January 21, 1924.) No. 181. In Error to the District Court of the United States for the Eastern District of New York. Wing & Wing, of New York City (James G. Purdy, of New York City, of counsel), for plaintiff in error. Sydney Rosenthal, of Long Island City, N. Y. (Sydney Rosenthal, of Long Island City, N. Y., and Edward U. Green, of Carona, N. Y., of counsel), for defendant in error. Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

UNITED STATES, Libelant-Appellant, v. Proceeds of the sale of THE GDÁNSK; Abram L. Burbank, Respondent-Appellee. (Circuit Court of Appeals, Second Circuit. February 14, 1924.) No. 192. Appeal from the District Court of the United States for the Southern District of New York. William Hayward, U. S. Atty., of New York City (Herman L. Falk, of New York City, of counsel), for the United States. Louis Millsaps and C. P. Howland, both of New York City, for appellee. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed in open court.

---

William GILLESPIE, Howard K. F. Smith, and William A. Griffin, Doing Business under the Firm Name and Style of Gillespie Bros. & Co., Plaintiffs in Error (Defendants Below), v. J. ARON & COMPANY, Inc., Defendants in Error (Plaintiffs Below). (Circuit Court of Appeals, Second Circuit. January 7, 1924.) No. 154. In Error to the District Court of the United States for the Southern District of New York. Certiorari denied 44 Sup. Ct. 332, 68 L. Ed. ——. Satterlee, Canfield & Stone, of New York City (George F. Canfield and R. Randolph Hicks, both of New York City, and Carl E. Kieser, of Garden City, N. Y., of counsel), for plaintiffs in error. Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Cletus Keating, John M. Woolsey, and T. M. Hequembourg, all of New York City, of counsel), for defendants in error. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed, with interest and costs, and 5 per cent. in addition to interest on the amount of the judgment below, under rule 27.